# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**FELICIA WILLIS, as Administratrix of**
**the Estate of Daisy K. Willis, Deceased, et al.**                                    **PLAINTIFFS**

**V.**                                                                            **NO. 4:16-CV-56-DMB-JMV**

**MERITOR, INC., et al.**                                                              **DEFENDANTS**

## ORDER

On May 14, 2019, Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company (collectively, "Meritor Defendants") filed a joint motion to dismiss with prejudice the claims of Emma J. Scott a/k/a Emma McKinney, Jesse Little, Annette Marie Barnes Hightower, Bobbie M. Mister and Earl Reed. Doc. #546. On August 5, 2019, Textron, Inc., filed a joint motion to dismiss with prejudice the claims of Terry L. Murry, Mary M. Ingram, Viola P. Sykes, Scott, Little, Hightower, Mister, Reed, and Rubye Booker. Doc. #559. On November 5, 2019, Textron filed a joint motion to dismiss with prejudice the claims of Felicia Willis, as administratrix of the Estate of Daisy K. Willis, deceased. Doc. #567.

It appears all claims at issue in these motions have been dismissed with prejudice by stipulation. *See* Docs. #550, #556, #562, #566. Accordingly, the motions to dismiss [546][559][567] are **DENIED as moot**.

**SO ORDERED**, this 26th day of November, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**